UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RUSSELL LEE                                                    PLAINTIFF

        v.              CASE NO. 08-4102

MILLER COUNTY, ARKANSAS,
et al.                                                        DEFENDANTS

<u>**O R D E R**</u>

Currently before the Court is the defendant's **"Motion of Appeal" (Doc. 48)**.  In this motion, defendant states that he wishes to appeal an order (Doc. 42) entered by Magistrate Judge Barry Bryant denying his motion for appointment of counsel.  This Court may reconsider Judge Bryant's ruling if it has been shown that the ruling was clearly erroneous or contrary to law.  <u>See</u> 28 U.S.C. § 636(b)(1)(A).  Plaintiff has made no such showing.  Accordingly, plaintiff's **"Motion of Appeal" (Doc. 48)** is **DENIED.**

IT IS SO ORDERED this 1st day of May, 2009.


<u>/s/ Jimm Larry Hendren</u>
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**