**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**RUSSELL LEE**                                                               **PLAINTIFF**

**v.**                       **Civil No. 08-4102**

**MILLER COUNTY, ARKANSAS;**
**SHERIFF RAMBO; WARDEN**
**JANICE NICHOLSON;**
**SGT. DOLLY SIMMONS;**
**DON THORNELL, Acting Sheriff**
**of Miller County; SGT. BAYLESS;**
**MAJOR G. TURNER; and**
**WARDEN NEFF**                                           **DEFENDANTS**

**O R D E R**

Now on this 26th day of June, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. Barry A. Bryant** (document #59, filed June 1, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's Motion to Amend (doc. #47) is construed as a Motion to Dismiss and is hereby granted and all claims against Major G. Turner and Warden Neff are hereby **dismissed. This case is referred back to Magistrate Judge Bryant for a report and recommendation on the remaining defendants.**

      **IT IS SO ORDERED.**

                                             **/s/Jimm Larry Hendren**
                                             **HON. JIMM LARRY HENDREN**
                                             **UNITED STATES DISTRICT JUDGE**