IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RUSSELL LEE                                                                                         PLAINTIFF

      v.                          Civil No. 4:08-cv-04102

MILLER COUNTY, ARKANSAS;
SHERIFF RAMBO; WARDEN
JANICE NICHOLSON;
SGT. DOLLY SIMMONS;
DON THORNELL, Acting Sheriff
of Miller County; and SGT. BAYLESS                                                  DEFENDANTS

## **ORDER**

    Defendants filed a motion for summary judgment on October 29, 2009 (Doc. 67, Doc. 68 & Doc. 69). Plaintiff is directed to return the attached notice by **January 11, 2010**.

    Plaintiff is advised that if he fails to return the attached notice by **January 11, 2010,** this case will be subject to summary dismissal for failure to obey the order of this court and failure to prosecute this action.

    IT IS SO ORDERED this 17th day of December 2009.

                                  /s/ Barry A. Bryant
                                  BARRY A. BRYANT
                                  UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RUSSELL LEE                                                                                     PLAINTIFF

      v.                    Civil No. 4:08-cv-04102

MILLER COUNTY, ARKANSAS;
SHERIFF RAMBO; WARDEN
JANICE NICHOLSON;
SGT. DOLLY SIMMONS;
DON THORNELL, Acting Sheriff
of Miller County; and SGT. BAYLESS                                              DEFENDANTS

**NOTICE REGARDING RESPONSE TO MOTION**

    Defendants filed a motion for summary judgment on October 29, 2009 (Doc. 67, Doc. 68, and Doc. 69).  Check one of the following:

    (A) \_\_\_\_\_  I have received the motion and will file a response to the motion within **thirty days**; or

    (B) \_\_\_\_\_  I request the court's assistance in responding to the summary judgment motion by the preparation of a questionnaire.

    In responding to the motion for summary judgment, I understand that I need to make a list of facts to which I contend a dispute, or genuine issue of fact, exists.  In this notice, I have been advised that under the Federal Rules of Civil Procedure, all facts set forth in the motion for summary judgment filed by the Defendants are presumed to be true unless disputed by the facts I set forth.

    DATED _____ day of December 2009.

                                                             _____
                                                              Signature of Plaintiff